## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 1:15-cv-11875 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-23, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), In light of the statements made in Movant's Beal's motion (ECF No. 5), including the affirmative steps taken to prevent further piracy, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to Mrs. Patricia Beal.


DATED: September 1, 2015                    Respectfully submitted,


                                            By:    s/Paul J. Nicoletti
                                                   Paul Nicoletti  (P-44419)
                                                   NICOLETTI LAW, PLC
                                                   33717 Woodward Avenue, Ste. #433
                                                   Birmingham, MI 48009
                                                   Landline: (248) 203-7800
                                                   eFax: (248) 928-7051
                                                   Email:  pauljnicoletti@gmail.com
                                                   http://www.nicolettilawplc.com


                                                   ATTORNEY FOR PLAINTIFF
                                                   COBBLER NEVADA, LLC